KOH
CMS/JCC:: USAO 2023R00314

✓ FILED     ___ ENTERED
___ LOGGED  ___ RECEIVED

8:18 am, May 17 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____MD____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CASE NO. 23-mj-1403-AAQ |
| | * | |
| **MATTHEW MEADE MOLNAR,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

******

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Rachal M. Torg, being duly sworn, depose and state that:

**Introduction and Agent Information**

1. I submit this affidavit in support of a criminal complaint, and the issuance of an arrest warrant, charging **Matthew Meade Molnar** ("**MOLNAR**") with Production of Child Pornography (18 U.S.C. § 2251(a)).

2. I have been an Agent with Homeland Security Investigations (HSI) since November 2017. As part of the daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252A. I have gained experience through training in seminars, classes, and daily work related to conducting these types of investigations. Specifically, I have received formal training through HSI and other agencies in the area of child pornography, pedophile behavior, collectors of other obscene material, and internet crime. I have participated in the execution of numerous search warrants, of which the majority has involved child exploitation and/or child pornography offenses. Many of the child exploitation and/or child pornography search warrants resulted in the seizure of computers, cell phones, magnetic storage media for computers, other

electronic media, and other items evidencing violations of federal laws, including various child exploitation offenses found in Chapter 110 of Title 18 of the United States Code. I have also participated in the execution of numerous search warrants for online accounts, such as email accounts, online storage accounts and other online communication accounts related to child exploitation and/or child pornography. In the course of my employment with HSI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

3. As a federal agent, I am an investigative law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for the offenses enumerated in 18 U.S.C. § 2516.

4. The facts set forth in this affidavit are based in part on information and reports provided by the Prince George's County Police Department (PGCPD) and on my experience and background as a Special Agent with HSI. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause. I have not, however, omitted any fact that I believe would defeat a determination of probable cause.

5. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

6. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

## Summary of Probable Cause

7. In March 2023, HSI Baltimore received an investigative lead from PGCPD concerning **MOLNAR**, a previously convicted sex offender, who had participated in the solicitation and production of child sexual abuse material (CSAM) involving a 13-year-old minor victim ("MV").

8. On June 29, 2015, **MOLNAR** pled guilty in the Circuit Court for Washington County (Maryland) to knowingly promoting, distributing, or possessing with the intent to distribute child pornography. *See Maryland v. Molnar*, 21-K-15-051202. He was sentenced to 10 years in prison with all but three years suspended.

9. According to information provided by PGCPD, on or about March 31, 2022, PGCPD Special Crimes Division-Sexual Assault Unit (SCD/SAU) Investigators were notified of a walk-in sexual assault report that occurred in February of 2022 in Hyattsville, Maryland. The reporting party, the mother of the MV, advised law enforcement she was reviewing her child's phone when she observed chats with an unknown male ("UM"). The mother confronted the MV about the conversation and the MV admitted to having sexual intercourse with the UM.

10. SCD/SAU Investigators then interviewed the MV, who told law enforcement he/she met the UM, later identified as **MOLNAR**, in February 2022 on the website Omegle.com ("Omegle"). I know that individuals use Omegle to connect virtually with strangers around the world.

11. During the interview, the MV told SCD/SAU Investigators he/she had the original conversation with the UM on Omegle saved on his/her laptop. The MV stated he/she and the UM (1) shared sexually explicit messages with the UM on several platforms, (2) masturbated on a video call to each other, (3) planned to meet up to have sex with the UM, and (4) referenced

ultimately having sex with the UM on several occasions.

12. SCD/SAU Investigators reviewed chats from Omegle where the UM told the MV he was 37 years old[1] and the MV told him he/she was 13 years old. Chats from Omegle revealed the MV and the UM decided to share a video call on the website, which the MV had mentioned in his/her interview with investigators. To sync up the Omegle call, the MV and UM coordinated to join the video call at the exact same time. Below, I have set forth an excerpt from the conversation that occurred on Omegle between the MV and the UM:

```
Stranger: hey
Stranger: getting ready
Stranger: do you still want to?
You: Yea
Stranger: ok going to cam now
You: Alr
You: I'll have this chat still open
You: Ill join omegle call on another tab
Stranger: same
You: Ready?
Stranger: yeah
You: Ok
You: Joining the call
You: ?
Stranger: keeps matching me with strangers
Stranger: lol
You: Ah
You: i didnt joincuz i was waiting for you to respond here
You: ok
You: on the count of 3, join?
Stranger: yep
You: 3
You: 2
Stranger: 2
You: 1
You: vamas
You: i loved that
Stranger: me too
You: thank you so much
Stranger: you are welcome
Stranger: thank you as well
You: My pussy could barely fit the brush
Stranger: mhmmmm
Stranger: you very wide eyed
```

13. The MV described the UM to SCD/SAU investigators as a white male, heavy build, and with a bald head and beard. This physical description matches the Motor Vehicle Association

---

[1] **MOLNAR** was 45 years old at the time.

(MVA) photograph of **MOLNAR**, set forth below:



14. The MV told SCD/SAU investigators that he/she and the UM exchanged their usernames for the social media applications Snapchat and Discord. The UM provided his Snapchat username as "Matt_s1544". During the interview, the MV showed SCD/SAU Investigators the UM's Snapchat profile, as well as nude photographs of herself that he/she shared with the Snapchat account "Matt_s1544".

15. On or about May 2, 2022, and May 19, 2022, PGCPD obtained search warrants from the Circuit Court for Prince George's County for the MV's Snapchat account and the Snapchat account associated with "Matt_s1544", respectively. PGCPD obtained subscriber information from Snapchat regarding username "Matt_s1544". According to Snapchat's records, the account was created on February 15, 2020, and linked to email account "molna442554@gmail.com" and phone number XXX-XXX-0585[2].

16. I obtained and reviewed the SnapChat account production for username "Matt_s1544", which included sexually explicit audio messages and images sent from the MV to the UM. The date range for the messages between the MV and the UM are on or about February

---

[2] I am aware this is the phone number provided to SCD/SAU Investigators by **MOLNAR** during his interview.

12th - 21st, 2022. In one audio message, sent by the MV to "Matt_s1544", the MV says, "You want to stretch my underage pussy Daddy? Stretch my 13-year-old pussy. I need your cock!". The images observed on Snapchat account production included nude images of the MV.

17. I also observed photographs in the account production for the Snapchat account "Matt_s1544" that were photographs of a male individual, matching the MVA photograph of **MOLNAR**. Below, I have set forth two photograph examples:



18. The MV further informed SCD/SAU Investigators that on or about February 22, 2022, he/she met with the UM (hereinafter referred to as **MOLNAR**) outside of the MV's residence, located in Hyattsville, Maryland. The MV stated he/she got into **MOLNAR**'s dark in color SUV. **MOLNAR** rubbed his/her thigh until they calmed down. **MOLNAR** exposed his penis, at which time the MV performed fellatio on **MOLNAR** while he touched their genitals. **MOLNAR** then put a condom on his penis and had intercourse with the MV. The MV stated once they were done, he/she left the vehicle. A review of **MOLNAR'**s digital forensic examination for the Apple iPhone seized from his residence in Hagerstown, revealed a GPS position location on February 23, 2023 (UTC), located on the same street the MV resides at in Hyattsville, Maryland.

19. The MV stated he/she met with **MOLNAR** again on February 24th, 25th, and 28th

inside MV's residence to engage in sexual intercourse.

20. During the MV's interview, the MV showed SCD/SAU Investigators a Discord conversation between them and the person who had sex with him/her – that is, **MOLNAR** – who has the Discord username "JHC". On March 12, 2022, the MV and JHC exchanged the following messages:

| TIME: | SENDER: | CONVERSATION: |
|---|---|---|
| 1:34 AM | JHC | mhmmm I love how excited you get when you take your panties off |
| 1:36 AM | MV | It would be nice to try at you choking me while railing my mouth. I get the most excited when I get to see your cock |
| 1:36 AM | JHC | you do or when I kiss you |
| 1:37 AM | MV | Mhmm I loved when you took my hand and put it on your cock so I can feel how hard you were |
| 1:38 AM | JHC | you needed that you were so nervous |
| 1:38 AM | MV | This wasn't in the car lol We were kissing in the house and you made me touch your buldge |
| 1:39 AM | JHC | yeah did you think I was gonna force myself on you? |
| 1:39 AM | MV | wdym (*what do you mean*) |
| 1:39 AM | JHC | Kisses I felt like you were nervous when we were kissing and that maybe I was gonna be really rough and force fuck you |
|  | MV | In the car? |
| 1:40 AM | JHC | no in your house |
| 1:41 AM | MV | Not really I was startled in the car I was expecting for you to come in slow to kiss me |
| 1:41 AM | JHC | Lol |
| 1:41 AM | MV | We were really fast |
| 1:42 AM | JHC | yeah it felt good though |
| 1:42 AM | MV | Is it ok to say i lost my virginity on wednesday? Tuesday was just some quick pecks to get it done quickly Atleast that's how I saw it |
| 1:42 AM | JHC | yeah I wasn't going to last much longer you felt so wet in the car |

21. PGCPD conducted law enforcement database queries for the phone number ending in -0585, which revealed a phone record with a known address in Hagerstown, Maryland ("Hagerstown Address") and the name **Matthew Meade Molnar (MOLNAR)**. The phone record

showed the number ending in -0685 was active. A picture of **MOLNAR** was provided with a notice that he is an active sex offender. MVA record checks for **MOLNAR** confirmed his address and identity.

22. On August 5, 2022, PGCPD arrested **MOLNAR** at the Hagerstown Address.

23. On August 19, 2022, PGCPD executed a residential search warrant at the Hagerstown Address. Law enforcement seized several items, including several cellphones, computers, and an iPad.

24. I have conducted a review of the digital forensic examinations of the seized devices from the search warrant at **MOLNAR's** residence, which revealed several files of apparent homemade videos. The videos show the MV being digitally penetrated, as well as giving fellatio to an adult male. I have reviewed these files, and two are described below, both of which the metadata reveal were created on February 23, 2022:

> a. **File Name**: 52D71031-2D24-44A4-B66C-4346B379D02F.MOV
> **Description**: This is a color video, approximately 1 minute 46 seconds in length. The MV victim is observed naked and giving oral sex to an adult male. The adult male is laying on his back and the MV is on her knees between his legs, gripping his penis. As the MV is giving oral sex to the adult male, he states, "Suck that cock you fucking good little 13-year-old. Suck Daddy's horny cock baby." The adult male asks the MV, "You like sucking Daddy's cock? You like Daddy fucking that little 13-year-old mouth?", to which the MV replies "Mhmm.". The adult male instructs the MV to say, "I love sucking your cock Daddy", to which the MV does. The adult male then states, "Love me fucking that little 13-year-old pussy?" and "Do you like being my good little 8th grade slut?"
>
> b. **File Name**: 1DD60DA7-9E10-4E45-BF09-36FD77F73AB8.MOV
> **Description**: This is a color video, approximately 1 minute 5 seconds in length. The MV is laying on her back, completely naked while she is digitally penetrated in her vagina. An adult male tells her "Say I'm Daddy's good little girl." The MV responds, "I'm Daddy's good little girl. I love you, Daddy." The adult male responds, "I love you too baby girl." The adult male continues to digitally penetrate the MV throughout the video.

**Conclusion**

25.     Based upon the foregoing information set forth in this affidavit, I respectfully submit that there is probably cause to believe that, on or about February 23, 2022, **Matthew Meade MOLNAR** violated 18 U.S.C. §2251(a) (Production of Child Pornography).

_____
Special Agent Rachal M. Torg
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) on this ___16th___ day of May 2023.

_____
HONORABLE AJMEL A. QUERESHI
UNITED STATES MAGISTRATE JUDGE